**No. 45531.**—Protests 18988–K, etc., of Lun Tai & Co. et al. (New York).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45532.**—Protests 4025–K, etc., of Wing Woh Chong Hing Kee Co. et al. (New York).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45533.**—Protest 47977–K of Moscahlades Bros., Inc. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible covering on the outside.

**No. 45534.**—Protest 53217–K of J. Ossola Co., Inc. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible covering on the outside.

MARCH 5, 1941

**No. 45535.**——Protest 968224–G of Alliance Distributors, Inc. Abstract 45219. Application by Government for rehearing granted.

MARCH 6, 1941

**No. 45536.**——Protests 993607–G, etc., of New York Merchandise Co., Inc. C. D. 430. Application by plaintiff for rehearing granted.

BEFORE THE FIRST DIVISION, MARCH 12, 1941

**No. 45537.**—Petition 6025–R of Frank P. Dow Co., Inc. (Los Angeles).

Opinion by Walker, J. From the conduct of the importer and his brokers the court was satisfied that there was no lack of good faith in this case. As there was no intention to defraud the revenue the petition was granted.